No. 96–8499.  CARDAN *v.* NYX ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 96–8577.  LOCKHART *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 96–8672.  MATHENIA *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 96–8755.  GIBSON *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass. Certiorari denied. 776.

No. 96–8767.  BARQUERO *v.* MEDRANO.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 96–8773.  AMERSON *v.* IDAHO.  Ct. App. Idaho.  Certiorari denied.

No. 96–8774.  BOWLES *v.* WALDEN ET AL.  C. A. 11th Cir. Certiorari denied.

No. 96–8797.  STOBAUGH *v.* WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 96–8803.  GRANT *v.* IN REM RELEASE BOARD ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 96–8804.  GODETT *v.* GAITHER, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 96–8805.  THOMAS *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 96–8811.  MCGEE *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 96–8814.  MOYA *v.* EYHERBIDE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–8817.  LOYER *v.* LOYER ET AL. (two judgments).  Ct. App. Ohio, Huron County.  Certiorari denied.

No. 96–8819.  JOHNSON *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.